**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-2187**

───────────────

STEVEN KRICHBAUM,

Plaintiff - Appellant,

versus

UNITED STATES FOREST SERVICE; ROBERT JOSLIN,
Regional Forester; WILLIAM DAMON, Forester
Supervisor,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-96-1000-R)

───────────────

Submitted: March 31, 1998          Decided: April 9, 1998

───────────────

Before MURNAGHAN, NIEMEYER, and HAMILTON, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Steven Krichbaum, Appellant Pro Se. Mark Robert Haag, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment for the Defendants in Appellant's action challenging the United States Forest Service's decision to allow the harvesting of timber on 187 acres in the George Washington National Forest. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Krichbaum v. United States Forest Service, No. CA-96-1000-R (W.D. Va. July 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED